# South & North Ala. Railroad Co. *v.* Bradley.

## *Suit by Clerk for Court Costs.*

1. *Action by clerk, against successful party, for costs incurred.*—An action lies in favor of a circuit clerk, against the successful party in a civil suit, for subpœnas issued at his instance, or other official services rendered, although these items were included in the judgment for costs rendered against the unsuccessful party.

APPEAL from Jefferson Circuit Court.

Tried before Hon. L. F. Box.

This was a suit by R. C. Bradley, on the common counts for a sum of money due him as clerk of the Circuit Court of Jefferson county, for issuing *subpœnas* for the defendant's witnesses, at the instance and request of defendant, in cases brought against defendant in said Circuit Court by different parties, but in which suits, on the trial, the defend-

[Mayor and Aldermen of Birmingham v. McCary.]

ant was the successful party; the costs accruing at the instance of the said defendant in such cases, having never been paid to said Bradley. The court gave the general charge in favor of plaintiff.

HEWITT, WALKER & PORTER, for appellant, cited Code of 1886, § 2837.

GILLESPY & SMYER; and WEBB & TILLMAN, *contra*, cited 69 Ala. 318; 71 Ala. 496; 78 Ala. 318; *Ib.* 1; 51 Ala. 488.

SOMERVILLE, J.—The fees due the plaintiff, as compensation for official services performed by him, at the request of the defendant, being such as were authorized by law, constituted a debt, for which an action of debt, or *indebitatus assumpsit* would clearly lie. And the provisions of the statute, authorizing a judgment to be rendered in favor of the successful party for *costs* in civil actions (Code of 1886, § 2837), is no bar to the maintenance of such a suit. *Hill v. White*, 1 Ala. 576; *Carville v. Reynolds*, 9 Ala. 969; *Tillman v. Wood*, 58 Ala. 578; *Dane v. Loomis*, 51 Ala. 487: *Bradley v. State*, 69 Ala. 318.

The judgment is affirmed.